1:26 MJ 4070

**AFFIDAVIT IN SUPPORT OF**
**APPLICATIONS FOR A SEARCH WARRANTS AND CRIMINAL COMPLAINT**

I, Nathan E. Schwartz Jr., Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a search warrant under Federal Rule of Criminal Procedure 41 and 18 U.S.C. §§ 2703(c)(1)(A) for a search warrant authorizing the search of the residences of Solodean ELLIS and Sharlene SMALLPIECE located at 1485 Clermont Road, Cleveland, Ohio, 44110, ("**SUBJECT PREMISE #1**"), and 1487 Clermont Road, Cleveland, Ohio, 44110, ("**SUBJECT PREMISE #2**") further described in Attachment A, and the seizure of evidence within the residences described in Attachment B.

2. I also submit this affidavit in support of a Criminal Complaint charging ELLIS and SMALLPIECE with the following criminal offenses ("**TARGET OFFENSES**"):

- Title 18, United States Code, 932(b) – Conspiracy to Straw Purchase Firearms (**ELLIS and SMALLPIECE**)

- Title 18, United States Code, 922(g)(1) – Felon in Possession of a Firearm (**ELLIS**)

3. I am a Special Agent (S/A) of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since May 2020. I was previously employed as a Police Officer (PO) for the Columbus, Ohio Division of Police beginning in June 2013.  I have completed the Peace Officer Training Academy at the Columbus, Ohio Division of Police Training Academy, the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia and the Special

Agent Basic Training Program at the ATF National Academy in Glynco, Georgia.  I have received training in the enforcement of the various criminal statutes enacted in the Gun Control Act of 1968 and in the National Firearms Act of 1934.  I am presently assigned as a Special Agent for the ATF Columbus Field Division's Cleveland Group II.  As a PO for the Columbus, Ohio Division of Police and as an S/A for the ATF I have participated in federal and state investigations involving the sale, possession and trafficking of firearms and controlled substances.  During these investigations, I have become familiar with various investigative techniques, including electronic surveillance, the use of undercover agents and informants, and controlled purchases of firearms and narcotics from suspects. I have participated in investigations with an undercover agent purchasing firearms and narcotics from suspects.  I have also participated in physical surveillance operations and the execution of state and federal arrest warrants and search warrants, resulting in state and federal prosecution of defendants.  In addition to utilizing the aforementioned investigative techniques, I have been required during these investigations to analyze information resulting from traditional record searches, pen registers and trap-and-trace devices, cell phone and cell site location information, precision cell phone location data, utility records, and telephone toll and subscriber records. My work with informants and cooperators has involved, among other things, monitoring meetings and recorded conversations, and generally evaluating the reliability and truthfulness of an informant/cooperator.  Because of my training and experience, I have become familiar with the manner in which illegal firearm and drug traffickers smuggle, transport, store, conceal and distribute firearms and drugs, as well, as how they collect, and launder proceeds related to such activities.  I am also familiar with the manner in which these individuals use telephones, coded communications, false or fictitious identities, and other means to facilitate illegal activities and

thwart law enforcement investigations.  I am also aware that individuals who are gun traffickers or straw purchasers will often report the guns stolen as a form of separating themselves from the illegal activity.  I have also consulted and discussed the investigations with other law enforcement officers and agents who are experienced in these types of investigations.

4.     I know based on my training and experience that individuals who possess firearms and ammunition often possess other items commonly used or acquired in connection with the possession of firearms and ammunition.  Some of these items include, but are not limited to, other firearms, firearm parts, additional ammunition, firearm receipts, firearms brochures, or owner's manuals, records of sale or acquisition of firearms, firearms magazines, and holsters.

5.     I know that individuals who possess firearms and ammunition as felons or otherwise, often store those firearms and ammunition in their homes or cars, so that the firearms and ammunition are easily accessible.  I also know that firearms are durable and non-perishable goods, which can be expected to remain in the individual's possession for extended periods of time.  I know prohibited persons who obtain firearms by illegal means will keep them for long periods of time because they do not have easy access to legally obtain firearms.

6.     I know that individuals who are prohibited from possessing firearms will conspire with close family members or significant family members to purchase firearms for the prohibited individual.  I know that firearms which are straw purchased tend to be used in crimes, and in many cases, are recovered by police shortly after they are purchased.  ATF has found that firearms recovered on someone other than the owner, less than two years after purchase, have a high likelihood of being straw-purchased or otherwise illegally trafficked.

7.     Your Affiant has personally participated in the investigation of the offenses discussed in this affidavit.  The facts and information contained in this affidavit are based upon

my personal knowledge, information obtained from federal and local law enforcement officers, and information obtained from review of evidence and analyses of reports.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and offenses charged in the accompanying Criminal Complaint.  This affidavit does not set forth all of my knowledge about this matter.

8.      Based upon the facts set forth in this affidavit, I submit that there is probable cause to search SUBJECT PREMISE #1, and SUBJECT PREMISE #2, located at 1485 Clermont Road, Cleveland, Ohio, 44110, and 1487 Clermont Road, Cleveland, Ohio, 44110, for evidence, instrumentalities, or fruits of these crimes as further described in Attachment B.  There is also probable cause to believe that the location information described in Attachment B will constitute evidence of these criminal violations and will lead to the identification of individuals who are engaged in the commission of these offenses.

9.      Based on the facts set forth in this affidavit, I also submit that there is probable cause that ELLIS and SMALLPIECE have violated Title 18, United States Code, Section 932(b), Conspiracy to Straw Purchase Firearms, and that there is probable cause that ELLIS has violated Title 18, United States Code, Section 922(g)(1), Felon in Possession of a Firearm.

**IDENTIFICATION OF THE PROPERTY TO BE SEARCHED**

10.      The property to be searched is the residence, curtilage, and outbuildings of Solodean ELLIS and Sharlene SMALLPIECE located at 1485 Clermont Road, Cleveland, Ohio, 44110, ("SUBJECT PREMISES #1") and 1487 Clermont Road, Cleveland, Ohio, 44110, ("SUBJECT PREMISES #2").  "SUBJECT PREMISES #1" and "SUBJECT PREMISES #2" are further described as a multi-family residence located on Clermont Road.  The residence has a red roof, tan siding, with a front porch on the bottom of the residence and a front porch on the

4

second floor of the residence.  There are two front doors on the front of the residence.  One front door has the numbers "1485" to the left of one entry door, and "1487" to the left of the second entry door.

11. The applied-for warrant would authorize the search of the residence, curtilage, and outbuildings for evidence of violations of: Title 18, United States Code, Section 932(b), Conspiracy to Straw Purchase Firearms, and Title 18, United States Code, Section 922(g)(1), Felon in Possession of a Firearm.  The particular search parameters are described in Attachment A, and the seizure of evidentiary items are particularly described in Attachment B.

## PROBABLE CAUSE

12. The United States, including the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), is conducting a criminal investigation of Solodean ELLIS and Sharlene SMALLPIECE regarding possible violations of Title 18, United States Code, Section 932(b), Conspiracy to Straw Purchase Firearms, and Title 18, United States Code, Section 922(g)(1), Felon in Possession of a Firearm.

13. On March 4, 2026, ATF SA Nathan Schwartz opened an investigation in connection with suspected federal firearms violations being committed by Solodean ELLIS (B/M, DOB: 11/7/19XX) and Sharlene SMALLPIECE (B/F, DOB: 9/21/19XX).

14. SA Schwartz received information from ATF Industry Operations Intelligence Specialist (IOIS) Michael Thrush that he was contacted by federal firearms licensee (FFL) Sherwin Shooting Sports, located at 33140 Vine Street, Eastlake, Ohio.  Sherwin Shooting Sports reported a suspicious internet order involving Solodean ELLIS and Sharlene SMALLPIECE at the billing address of 1485 Clermont Road, Cleveland, Ohio.  Sherwin

Shooting Sports reported that they received the order from "The Sportsman's Guide".  The order

involves the following firearms:

- Radikal, model NK-1, 12-gauge shotgun, bearing serial number 33H25YB000357
- Radikal, model NK-1, 12-gauge shotgun, bearing serial number 33H25YB000145
- Radikal, model NK-1, 12-gauge shotgun, bearing serial number 33H25YB000358
- American Tactical, model Alpha Maxx, 5.56 caliber rifle, bearing serial number NX041423
- American Tactical, model Alpha Maxx, 5.56 caliber rifle, bearing serial number NX038775
- American Tactical, model Alpha Maxx, 5.56 caliber rifle, bearing serial number NX043252
- Glock, model 22, .40 caliber pistol, bearing serial number BDDU550
- Glock, model 22, .40 caliber pistol, bearing serial number BDDU552

15.     SA Schwartz queried several databases and learned that according to Ohio Bureau

of Motor Vehicle (BMV) records, SMALLPIECE is 5'2", 102 pounds.  SA Schwartz learned

that ELLIS is a felon and has the following criminal convictions:

- CR-18-628208-A – Having Weapons While Under Disability, a felony of the third degree; Discharge of Firearm on or Near Prohibited Premises, a felony of the third degree
- CR-10-544812-A – Attempted Having Weapons While Under Disability, a felony of the Fourth Degree; Domestic Violence, a felony of the fourth degree
- CR-08-513957-B – Having Weapons While Under Disability, a felony of the third degree
- CR-00-513957-B – Aggravated Vehicular Assault, a felony of the fourth degree
- CR-98-393639-ZA – Possession of Drugs, a felony of the fifth degree
- CR-96-335125-ZA – Receiving Stolen Property, a felony of the third degree
- CR-95-325447-ZA – Carrying Concealed Weapons, a felony of the third degree

- CR-91-276231-ZA – Theft, a felony of the third degree
- CR-85-204853-ZA – Robbery, a felony of the second degree
- CR-84-195789-ZA – Unlawful Possession of Dangerous Ordnance

16.     SA Schwartz learned that Solodean ELLIS' listed address on his driver's license is 1485 Clermont Road, Cleveland, OH.  SA Schwartz learned that Sharlene SMALLPIECE's listed address on her driver's license is 1487 Clermont Road, Cleveland, OH.  SA Schwartz observed that the residence appears to an up/down multi-family house with 1485 Clermont Road being the down residence and 1487 Clermont Road being the up residence.

17.     On March 7, 2026, SA Briggs received a call from Sherwin Shooting Sports in connection with the SMALLPIECE/ELLIS firearm order. The Sherwin Shooting Sports employee stated they had received a phone call from phone number (216) 482-1178. The employee stated SMALLPIECE and ELLIS were on the call and were inquiring about the firearms from the order they had placed with The Sportsman's Guide that was sent to Sherwin Shooting Sports.  The employee reported that, while on the call, ELLIS was inquiring about the order and knowledgeable of the firearms that were in the order.

18.     Homeland Security Investigations (HSI) SA Theresa Tymoszcuk subpoenaed subscriber information from AT&T for the phone number (216) 482-1178.  The phone number is registered to SMALLPIECE with the address of 1487 Clermont Rd, Cleveland, Ohio.  Call detail records also showed the aforementioned phone number contacted Sherwin Shooting Sports on March 7, 2026 at approximately 11:24 AM.

19.     On March 10, 2026, ATF SA Nathan Schwartz received subpoena information from HSI SA Tymoszcuk in connection with this investigation.  On March 4, 2026, SA

7

Tymoszcuk issued subpoena request number HSI-CL-2026-036450 to Sportsman's Guide, Inc.

SA Tymoszcuk requested the following information:

- Any/all records related to TSG Order #:84461779 and transferee, Sharlene Marie SMALLPIECE and/or Solodean ELLIS with billing address of 1485 Clermont Road, Cleveland, Ohio for the time period of March 1, 2025 to present.
- All identifiers used for the transaction
- All sales and purchase records
- Account applications
- Login history to include all IP (internet protocol) logins
- All forms of payments
- Payment transactions
- Records of communications
- Video surveillance for the transaction

20. SA Schwartz reviewed the information provided by Sportsman's Guide, Inc. and learned that Sharene SMALLPIECE and/or Solodean ELLIS have made two separate orders utilizing Sportsman's Guide, Inc.:

- The first order number was 84149476 and consisted of the following items:

| Prod Desc | Actual Retail | Serial Number |
| --- | --- | --- |
| 50 Rds. 380 Auto 90 Gr Jhp | $ 23.74 | |
| 20rd 5.56x45 62gr Fmj Ammo | $ 36.08 | |
| Thermold 30rd Ar-15 Mag | $ 26.97 | |
| Cci .45 Acp 230gr Tmj Ammo | $ 17.57 | |
| Rug Lcp 380acp 2.75 6rd Blued | $ 199.49 | 372624883 |
| Rug Lcp 380acp 2.75 6rd Blued | $ 199.49 | 372624875 |
| Rug Lcp 380acp 2.75 6rd Blued | $ 199.49 | 372624878 |
| Glock Leo G21 4.6 45acp13 Rd | $ 351.49 | BHEL080 |
| Glock Leo G21 4.6 45acp13 Rd | $ 351.49 | BGRW364 |

- Additionally, SA Schwartz observed the following information from the subpoena return:

  1. Received Date – 10/18/25
  2. Shipped on 10/20/25 and 10/21/25
  3. First Name – Solodean / Sharlene
  4. Last Name – Ellis / Smallpiece
  5. Address – 1485 Clermont Road, Cleveland, OH
  6. Phone number – 216-482-1178
  7. Email address – shsmall711@yahoo.com
  8. Ship to first name – Sharlene
  9. Ship to last name – Smallpiece
  10. Ship to address – 1485 Clermont Road, Cleveland, OH
  11. FFL name – Sherwin Shooting Sports

The second order number was 84461779 and consisted of the following items:

| Prod Desc | Actual Retail | Serial Number |
| --- | --- | --- |
| Glock Used G22 Gen 4hga 40s&w | $ 351.49 | BDDU550 |
| Glock Used G22 Gen 4hga 40s&w | $ 351.49 | BDDU552 |
| Gforce Arms Gfbp Bullpup 12 Ga | $ 218.49 | 33H25YB000357 |
| Gforce Arms Gfbp Bullpup 12 Ga | $ 218.49 | 33H25YB000145 |
| Gforce Arms Gfbp Bullpup 12 Ga | $ 218.49 | 33H25YB000358 |
| Ati Ar15 Alpha Max 5.56 30rd | $ 351.99 | NX041423 |
| Ati Alpha Maxx 5.56 7.5 M-lok | $ 341.99 | NX043252 |
| Ati Alpha Maxx 5.56 7.5 M-lok | $ 341.99 | NX038775 |

- Additionally, SA Schwartz observed the following information from the subpoena return:
  1. Received Date – 2/26/2026
  2. Shipped on – 2/27/2026
  3. First name – Solodean / Sharlene
  4. Last Name – Ellis / Smallpiece
  5. Address – 1485 Clermont Road, Cleveland, OH

9

6. Phone number – 216-482-1178
7. Email address – shsmall711@yahoo.com
8. Ship to first name – Solodean / Sharlene
9. Ship to last name – Ellis / Smallpiece
10. Ship to address – 1485 Clermont Road, Cleveland, OH
11. FFL name – Sherwin Shooting Sports

21.     SA Schwartz reviewed a file named "Customer Call #1.wav" which was also provided in the subpoena return.  The following summary does not purport to be a complete transcription of the phone call, but only a synopsis of the pertinent facts and conversation.  The phone call has three individuals involved; a customer care employee of Sportsman's Guide Inc. (SG), Sharlene SMALLPIECE (SMALLPIECE) and Solodean ELLIS (ELLIS):

- SMALLPIECE- Hello?
- SG- Hello, this is *unintelligible* from Sportsman's Guide giving you a call back on a recorded line, how can I assist you?
- SMALLPIECE - You're static-y.
- SG- Can you hear me?
- SMALLPIECE - Hello?  Yea, I can hear you now.
- SG- Yes. So I was just saying this is Delta from Sportsman's Guide giving you a call back on a recorded line.  How can I assist?
- SMALLPIECE - I want to place an order.
- SG- Okay, sure *unintelligible* I do have a few questions to ask. Would you be using a credit card to make a full payment?
- SMALLPIECE - Yes.
- SG- Do you have a customer ID number?
- SMALLPIECE - It is, uh, turn the light on, 215-244-29.
- SG- Okay.  Could you go ahead and verify your first and last name along with your zip code, please?
- ELLIS - *unintelligible speaking in the background*
- SMALLPIECE - I'm sorry, can you repeat that please?
- SG- Could you verify your first and last name and your zip code?
- SMALLPIECE - Sharlene Smallpiece, 44110
- SG- Okay, *unintelligible* on file here is 1485 Clermont Road, Cleveland, OH?
- SMALLPIECE - Yes, yes.
- SG- So what is the item number?
- SMALLPIECE - I'm hoping you have this in stock.  It is, the first one is 6044741409.

10

- SG- This is the ATI Omni Hybrid Max AR-15 pistol it shows that it's currently sold out.
- SMALLPIECE - So it's still not in stock?
- SG- Yea.
- ELLIS - Still ain't stocked nothing.
- SMALLPIECE - Ok let me try this other one. 2104
- ELLIS - You need to ask her first did they stock anything?
- SMALLPIECE - Do you know if they stocked anything ma'am? Did they restock anything?
- SG- Well let me check if we would be restocking this item, one second.
- ELLIS - We trying to order like $2000 worth of shit.
- SG- Well as for right now I think that we have not been provided with a date of when this would be back in stock.
- SMALLPIECE - Okay, no I'm asking, ma'am, do you have anything in stock?
- SG- Well, on that you would need to check it on the catalog or the website and see what we have available something similar to that.
- ELLIS - We just ordered, we just tried to order last week, like, like almost $2,000 worth of weapons, and everything we tried to order, you guys didn't have in stock, that's why we're trying to ask you, did you guys, have you guys restocked anything?
- SG- I would need to get the item number to see if we would be restocking that.
- ELLIS - Alright, well we getting ready to go through all of it again then, okay thank you.
- SG- You're welcome, well is there anything else?
- SMALLPIECE - Let me um, here's a number ma'am, I'm going to ask you now.  2104674044.
- SG- So this one is the Glock 23 gen 4, semi-auto, this one as well is sold out.  And I see here that the catalog you're using, that was an old catalog, so more than likely all the items, well, not all, but several items are already sold out.
- SMALLPIECE - Okay, um, what is the um, what is the website? I can go and look.
- SG- You could, um, you could just type in sportsmansguide.com and then um you know, just click on that, and then you could type in whatever you were looking for, and then you would see all the ones we have available.
- SMALLPIECE - So go to sportsmansguide.com?
- SG- Yes
- SMALLPIECE - Now do I have to set up an account with a password?

11

- SG- No, you don't have to, you could, if you're you know, just taking a look at the items we have, you could just um continue there as a guest, you don't have to sign in to no account.
- SMALLPIECE – So, uh, I mean when I go on there I go to weapons?
- SG – You can just type in like you know whatever you're looking for, maybe handguns, 9mm pistols, whatever you're looking for, just type it and then you would see all the items that we have available. Or if you just want to know you know, check on the guns we have available, and then you would see all the lists that we have, because we have a lot of them.
- *The remainder of the call is the Sportsman's Guide customer care employee explaining to SMALLPIECE how to navigate the website and find out which firearms are for sale.*

22.     SA Schwartz reviewed a file named "Customer Call #2.wav" which was also provided in the subpoena return. The following summary does not purport to be a complete transcription of the phone call, but only a synopsis of the pertinent facts and conversation. The phone call has three individuals involved; a customer care employee of Sportsman's Guide Inc. (SG), Sharlene SMALLPIECE (SMALLPIECE) and Solodean ELLIS (ELLIS):

- SMALLPIECE – Hello?
- SG – Hello there, this is *unintelligible* from the Sportsman's guide, I'm returning your call. The calls being recorded for quality assurance, how can I help you?
- SMALLPIECE – I need to place an order.
- SG – You want to place an order, are you going to order firearms?
- SMALLPIECE – Firearms, yes.
- SG – Have you contacted your local FFL dealer in your area, to find out if the gun is compliant and if they'll do the gun transfer?
- ELLIS (in background) – We've done it before.
- SMALLPIECE – I've done it before ma'am, this is not my, this is, um I've done all this before.
- SG – Okay, well we have to ask you that because if for some reason, it's not compliant, or we have to take it back, then there's a 15% restocking fee. What is your name and billing zip code.
- SMALLPIECE – That's fine. My name is Sharlene Smallpiece, address 1485 Clermont Road, Cleveland, OH, 44110.
- SG – Ok one second. And is that how your name appears on the credit or debit card?

- SMALLPIECE – Yes, ma'am.
- SG – I need to remove a name, there's another name on this.
- SMALLPIECE – Solodean Ellis.
- SG – Pardon me?
- SMALLPIECE – You have to remove it?  The other name is Solodean Ellis.
- SG – Right. But you can't have two names on the invoice, or they won't do the transfer.
- ELLIS – We been done this for years, the same two names been on there for years.
- SMALLPIECE – They're the one that put on there, when we first started, it's an account ma'am, there the one, your company did that when we first did this.
- SG – Okay, so who's card are we using today Sharlene?
- SMALLPIECE – My card, Sharlene Smallpiece, that's the card I'm using.
- SG – Okay, hold on one second.  Let me just fix this. Give me a moment.
- SMALLPIECE – No problem.
- SG – Alright, and I'm going to verify a little bit more for billing purposes.  And your billing address is 1485 Clermont Road, correct?  Cleveland, OH.
- SMALLPIECE – Correct.
- SG – I see the phone number is current, is your email address still the same?
- SMALLPIECE – shsmall711@yahoo.com
- SG – Go ahead with the first item number.
- SMALLPIECE – I'm sorry?
- SG – Go ahead with the first item number.
- SMALLPIECE – The first item number is, um, what's that, S05718206.  Is that right?
- SG – I'm sorry, say it again.
- SMALLPIECE – The item number is S as in Sam, 05-718206.
- SG – I don't know what the S is or anything like that, but I got 718206 which is a Glock 21, gen 4, semi-automatic, 45 ACP, 4.6" barrel, 13 + 1 rounds, it's a used law enforcement trade in, and how many?
- SMALLPIECE – Hold on ma'am.
- ELLIS – What's that price on that?
- SMALLPIECE – Is that price $332.49?
- SG – It's $351.49.
- ELLIS – I got $332.
- SG – Where do you see that price at?

13

- SMALLPIECE – In this new book that came to my house.
- SG – What's the prefix before the item number?  The four numbers?
- SMALLPIECE – It says S as in Sam, that's S as in Sam, zero five.
- SG – No, no, that's not, if it's in whatever catalog, it's gonna start out numbers, not letters.  What page is it on? What's the front of the catalog say?
- ELLIS – This is not a catalog, this is a brochure, y'all sent me with um, with bills in it.  The big reload, stocked and ready to ship deals.
- SG – Alright, hold on, hold on, let me see if I got that.
- SMALLPIECE – Okay.
- SG – Let me do something different here.  Figure out what catalog this is in.  It's not that one.  I think it's; I think I know what catalog it's in now, hold on.  We have that catalog somewhere, hold on.
- SMALLPIECE – Okay.
- SG – Alright, I have the catalog, this is the Glock, ok, law enforcement trade in.  Alright, the number you needed, as it says in the catalog, 6095-718206.
- SMALLPIECE – So what's the price?
- SG – Hold on, I'm still loading it up here.
- SMALLPIECE – Okay.
- SG – Alright, I think I got it now.  That catalog pricing is $351.49.
- SMALLPIECE – Okay ma'am, so what is this, what is this brochure I received in the mail two days ago.  It says "The Big Reload" locked, stocked, and *unintelligible* it has three little pictures in the bottom, it's showing ammo.  It says Sportsman's Guide, and it has three pictures on the bottom, it has ammunition on the front of the catalog.
- SG – And it was on a little flier?
- SMALLPIECE – Yes, it's a flier that's folded in.  It's folded in three ways.
- SG – Hold on one second.  I don't think I got that one, hold on, I'm still searching.
- SMALLPIECE – I see two numbers back here.
- SG – And what did you say the price was on that?
- SMALLPIECE - $332.49
- SG - $332.49.  I'm going to call the FFL department because I'm not seeing that price anywhere.
- SG – Thanks for waiting, they want to know, where did you get that, you said it was some sort of flier, bi-fold flier, where did you get that from?
- SMALLPIECE – Um, from your company, um.
- SG – In the mail?  In the mail?  Or was it in a box with a delivery or something?  Hello? Hello are you there?
- *The call then disconnected.*

14

23.　　SA Schwartz then conducted a query of the ATF eTrace system and learned that SMALLPIECE is connected to two (2) multiple sales summaries, which both took place at Sherwin Shooting Sports.  See below:

| Multiple Sale Number | Date | Manufacturer | Model | Caliber | Serial Number |
|---|---|---|---|---|---|
| M20240223166 | 5/10/2024 | ATI | OMNI HYBRID | 556 | NS400059 |
| M20240223166 | 5/10/2024 | ATI | OMNI HYBRID | 556 | NS400273 |
| M20240223166 | 5/10/2024 | ATI | OMNI HYBRID | 556 | NS400111 |
| M20250505619 | 10/25/2025 | RUGER | LCP | 380 | 372624878 |
| M20250505619 | 10/25/2025 | RUGER | LCP | 380 | 372624875 |
| M20250505619 | 10/25/2025 | RUGER | LCP | 380 | 372624883 |
| M20250505619 | 10/25/2025 | GLOCK INC. | 21 | 45 | BHEL080 |
| M20250505619 | 10/25/2025 | GLOCK INC. | 21 | 45 | BGRW364 |

24.　　It should be noted that the same and/or similar models from both referenced multiple sales are similar to the firearms in SMALLPIECE's most recent order.  Each multiple sale, or attempted order contains duplicates of the same make / model / style of firearm.

25.　　On March 11, 2026, ATF SA Nathan Schwartz reviewed Cleveland Police Department (CPD) reports in connection with this investigation.  Summaries of those reports are included in the following paragraphs.

26.　　**CPD Report Number 2016-260879:** On August 7, 2016, CPD Officers were dispatched to 1487 Clermont Road, in connection with a bullet hole found.  Upon arrival, CPD Officers made contact with Solodean ELLIS who stated that he observed a bullet hole through

15

the front wall of his downstairs front porch that penetrated into the side wall next to his front door.  Solodean ELLIS and Sharlene SMALLPIECE were both listed as "Reporting Persons". SMALLPIECE was also identified as a "victim."  On the reporting person section, ELLIS' address was listed as 1485 Clermont Road, Cleveland, OH, and his phone number was listed as 216-212-1442.  On the reporting person section, SMALLPIECE's address was listed as 1487 Clermont Road, Cleveland, OH, and her phone number was listed as 216-533-6470.

27.     **CPD Report Number 2018-109839:** On April 23, 2018, CPD Officers were dispatched to 1485 Clermont Road, in connection with an intoxicated male who was shooting. Officers arrived on scene, an individual later identified as Solodean ELLIS retrieved what looked like a black handgun from the porch, then ran in the residence.  As CPD Officers approached the porch, a large dog attacked one of the officers, who discharged their duty firearm to end the threat from the large dog.  Eventually, Solodean ELLIS exited the residence and was arrested. Officers interviewed some of the neighbors who wanted to remain anonymous but advised that the residents at 1485 Clermont Road are known to shoot firearms.  Officers observed a large tree nearby that was riddled with bullet holes.  On the arrest section, ELLIS' address was listed as 1485 Clermont Road, Cleveland, OH, and his phone number was listed as 216-212-1442.

28.     **CPD Report Number 2019-329885:** On October 24, 2019, CPD Officers were dispatched to 1487 Clermont Road, in connection with a male getting assaulted.  Officers arrived on scene and made contact with Sharlene SMALLPIECE who reported that her son's friend was being assaulted by her husband's friend's children.  The victim was uncooperative.

SMALLPIECE was listed as a victim, with an address of 1487 Clermont Road, Cleveland, OH, and her phone number was listed as 216-533-6470.

29.     **CPD Report Number 2023-291740:** On September 21, 2023, CPD Officers were dispatched to 17877 St. Clair Avenue on a report of a petty theft.  The Officers made contact with Sharlene SMALLPIECE, who was reporting items stolen from her vehicle.  SMALLPIECE was listed as a victim, with an address of 1487 Clermont Road, Cleveland, OH, and her phone number was listed as 216-482-1178.

30.     **CPD Report Number 2024-244020:** On August 19, 2024, CPD Officers came into contact with Sharlene SMALLPIECE who responded to the CPD 5th District Lobby to report that her and her husband, Solodean ELLIS, were threatened by their neighbor.  SMALLPIECE stated that the suspect attacked ELLIS and threatened to kill them both by shooting and killing them with a handgun.  SMALLPIECE was listed as a victim, with an address of 1487 Clermont Road, Cleveland, OH, and her phone number was listed as 216-533-6470.  ELLIS was listed as a victim, with an address of 1485 Clermont Road, Cleveland, OH, and his phone number was listed as 216-482-1178.

31.     **CPD Report Number 2025-003967:** On January 4, 2025, CPD Officers came into contact with Solodean ELLIS who responded to the CPD 5th District Lobby to make a fraud report.  ELLIS was listed as a victim, with an address of 1485 Clermont Road, Cleveland, OH, and his phone number was listed as 216-212-1442.

32.     On March 11, 2026, ATF SA Nathan Schwartz and ATF SA Gerrod Briggs responded to Sherwin Shooting Sports to obtain ATF Forms 4473, Firearms Transaction Records, and surveillance footage in connection with this investigation.  The ATF Forms 4473, Firearm Transaction Records, are summarized in the chart below:

| Manufacturer | Model | Serial Number | Address | Date |
| --- | --- | --- | --- | --- |
| ATI | Omni | NS400059 | 1487 Clermont Road | 5/8/2024 |
| ATI | Omni | NS400273 | 1487 Clermont Road | 5/8/2024 |
| ATI | Omni | NS400111 | 1487 Clermont Road | 5/8/2024 |
| RUGER | LCP | 372624878 | 1487 Clermont Road | 10/25/2025 |
| RUGER | LCP | 372624875 | 1487 Clermont Road | 10/25/2025 |
| RUGER | LCP | 372624883 | 1487 Clermont Road | 10/25/2025 |
| GLOCK INC. | 21 | BHEL080 | 1487 Clermont Road | 10/25/2025 |
| GLOCK INC. | 21 | BGRW364 | 1487 Clermont Road | 10/25/2025 |
| GFORCE ARMS | GFBP | 33H25YB000145 | 1487 Clermont Road | 3/10/2026 |
| GFORCE ARMS | GFBP | 33H25YB000357 | 1487 Clermont Road | 3/10/2026 |
| GFORCE ARMS | GFBP | 33H25YB000358 | 1487 Clermont Road | 3/10/2026 |
| GLOCK INC. | 22 | BDDU550 | 1487 Clermont Road | 3/10/2026 |
| GLOCK INC. | 22 | BDDU552 | 1487 Clermont Road | 3/10/2026 |
| ATI | Alpha Maxx | NX041423 | 1487 Clermont Road | 3/10/2026 |
| ATI | Alpha Maxx | NX043252 | 1487 Clermont Road | 3/10/2026 |
| ATI | Alpha Maxx | NX038775 | 1487 Clermont Road | 3/10/2026 |

33.     SA Schwartz reviewed each ATF Form 4473 and observed that for question 21, section A, SMALLPIECE checked the "Yes" box, next to the question which asks:

- Are you the actual transferee/buyer of all of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? Warning: You are not the actual transferee/buyer if you are acquiring any of the firearm(s) on behalf of another person.  If you are not the actual transferee/buyer, the licensee cannot transfer any of the firearm(s) to you.

34.     SA Schwartz and SA Briggs reviewed surveillance footage from Sherwin Shooting Sports, which was recorded on March 10, 2026, beginning at approximately 4:55 PM.

ELLIS and SMALLPIECE were both observed at Sherwin Shooting Sports, as reflected in the figures below.  The figures on the left are ELLIS and SMALLPIECE at Sherwin Shooting Sports on March 10, 2026, and the figures on the right are OHLEG photographs of ELLIS and SMALLPIECE.





35.     Video surveillance from Sherwin Shooting Sports shows that, on March 10, 2026, ELLIS was dropped off at the front door of the store.  As ELLIS approached the front door, he had a pistol in his left hand.  ELLIS entered the front door with the pistol, which he manipulated as he stood in the store.  ELLIS then set the pistol on the counter of the store.  ELLIS then placed

the pistol in a holster which was on his right hip.  *(See* Fig. 5-8).  SMALLPIECE entered the front door of Sherwin Shooting Sports, then was at the counter completing the ATF Form 4473 paperwork for the previously mentioned order of firearms.  ELLIS was watching SMALLPIECE as she completed the paperwork.  ELLIS spoke with another customer in the store, and was conversing with the employees as SMALLPIECE finished completing the ATF Form 4473. SMALLPIECE then pulled the pistol out of his holster, placed a magazine in the magazine well and closed the slide of the pistol, before placing it back in his holster.  SMALLPIECE and ELLIS then departed the store.  *(See* Fig. 9-13).   Below are screenshots (Fig. 5-13).



*(Fig. 5-6)*



*(Fig. 7-8)*



*(Fig. 9-10)*



*(Fig. 11)*



*(Fig. 12)*



*(Fig. 13)*

36.     Based on my training and experience, the pistol possessed by ELLIS on March 10, 2026, as shown in the figures above, appears to be consistent with the characteristics of a Glock pistol, such as the Glock firearms purchased in October 2025 by ELLIS and SOLODEAN, as reflected in the chart in paragraph 32.

37.     SA Briggs reviewed the surveillance video to transcribe the audio conversations that were going on between SMALLPIECE and ELLIS.  The following summary does not

purport to be a complete transcription of the phone call, but only a synopsis of the pertinent facts

and conversation:

- Clerk: What can I help you with"
- ELLIS: A pickup, I got a order to pick up.
- Clerk: Ok
- ELLIS: Well my wife, it's in my Wife's name so umm about 8 firearms
- Clerk: What's wrong with this one?
- ELLIS: Nothing, I wanted, I was askin Jim the other day did ya'll have the uh "extendo" for this one and the 40 ones, the 40's, that I just got in. did you get the "extendo" clips?
- Clerk: I don't' know
- Ellis: He was saying something that y'all had shipments comin in

*SMALLPIECE enters the store*

- Clerk: Hello
- SMALLPIECE: Hey
- Clerk: How are you
- SMALLPIECE: I'm Ok, I know you from somewhere
- Clerk: yeah that's right you look familiar
  ELLIS: How come my wife know everybody, man. I can't take her no dam where

*ELLIS and Clerk talk about the paperwork for firearms*

- ELLIS: he said it's gonna be a lot of paperwork
- Clerk: I can do one or two but not eight
- ELLIS: Because normally every time I order from, what's the, this might be the biggest one we ordered, normally we get like four or six.
- CLERK: They're here to pick up those guns and rifles
- Employee: I need an ID
- ELLIS: What up, Jimbo

*SMALLPIECE retrieves her ID from her purse.  Employee explains paperwork 4473 to SMALLPIECE and she beings to fill out the paperwork*

- ELLIS: Oh Snap, I forgot to grab the $75
- SMALLPIECE: You told me to lend it you, pay me back
- ELLIS: Alright

*ELLIS looks at firearm accessories while SMALLPIECE fills out paperwork*

*SMALLPIECE begins to ask Clerk about paperwork and reads question 21a to the clerk "Are you the actual transferee/buyer of all of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?" and 21b Do you intend to sell or otherwise dispose of any firearm listed on this form and any continuation sheet(s) in furtherance of any felony or other.."*

- SMALLPIECE: so that's no

*ELLIS interacts with another patron of the FFL and explains how they placed an order at an online retailer who then ships them to the FFL where he and SMALLPIECE pick them up.*

*CLERK the speaks with ELLIS:*

- CLERK: I got one question, why you order two of everything though dude, kind of ironic, you said you have eight different guns but you have three, two and two
- ELLIS: Three of some, two Glocks and three bullpups, three Ars, well two AR pistols and one AR rifle.
- CLERK: Correct
- ELLIS: and two Glock 40s and three AR bullpups
- CLERK: Yeah uh, I ain't gonna read about you on the news am I?
- ELLIS: No, no, no, but better safe than sorry

*CLERK, ELLIS, and other Patron talk about the amount of firearms and that it can be a "red flag" to the ATF.*

- ELLIS: That's good to know, I ain't trying to draw no attention

38.     SA Schwartz conducted a review of the Cuyahoga County Auditor's Website information for 1485 Clermont Road, Cleveland, Ohio, and learned that Sharlene SMALLPIECE is the primary owner, but 1487 Clermont Road, Cleveland, Ohio, is the tax mailing address.

| | |
|---|---|
| Primary Owner | Smallpiece, Sharlene M. |
| Property Address | 1485 CLERMONT RD CLEVELAND,OH 44110 |
| Tax Mailing Address | SHARLENE M SMALLPIACE 1487 CLEMONT RD CLEVELAND, OH 44110 |
| Description | 15 STCLHTS 0150 NEP |
| Property Class | TWO FAMILY DWELLING |
| Parcel Number | 116-30-101 |
| Taxset | Cleveland |
| Tax Year | 2025 Pay 2026 ▾ |

## CONCLUSIONS OF THE AFFIANT

39.     Based on my training and experience, and the facts set forth in this affidavit, there is probable cause to search SUBJECT PREMISE #1, and SUBJECT PREMISE #2, located at 1485 Clermont Road, Cleveland, Ohio, 44110, and 1487 Clermont Road, Cleveland, Ohio, 44110, for evidence, instrumentalities, or fruits of the TARGET OFFENSES as further described in Attachment B.  Accordingly, this Affiant respectfully requests that this Court issue a search warrant for "SUBJECT PREMISES #1", and "SUBJECT PREMISES #2 more particularly described in Attachment A, authorizing the seizure of the items described in Attachment B, which constitute evidence, contraband, fruits and other items related to these violations.

40.     Further I submit that there is probable cause that ELLIS and SMALLPIECE have violated Title 18, United States Code, Section 932(b), Conspiracy to Straw Purchase Firearms, and that there is probable cause that ELLIS has violated Title 18, United States Code, Section 922(g)(1), Felon in Possession of a Firearm.

Nathan A. Schwartz
Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3).

UNITED STATES MAGISTRATE JUDGE



03-12-2026
DATE

26